UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ABDUL ABDULRAMAN,<br>    Plaintiff | Case No. 1:12-cv-209 |
| | Spiegel, J. |
| vs | Litkovitz, M.J. |
| DR. BURKE, et al.,<br>    Defendants. | ORDER |

    Plaintiff, an inmate at the Southern Ohio Correctional Facility in Lucasville, Ohio, has filed a complaint against defendants Dr. Burke, Dirk Prise, Gary C. Mohr, Edwin Voorhies, Warden Donnie Morgan, the Rules Infraction Board, and Larry Greene. (Doc.1, Complaint, p. 4). Plaintiff alleges that defendants have been deliberately indifferent to his serious medical needs. *Id.* at 5. Specifically, plaintiff alleges that he has been denied mental health treatment despite having informed defendants that he is suicidal. *Id.* Plaintiff seeks monetary damages, declaratory relief, and injunctive relief. *Id.* at 6.

    Pursuant to the Prison Litigation Reform Act of 1995 (PLRA), 28 U.S.C. § 1915(a)-(h), a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit an application and affidavit to proceed without prepayment of fees and a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint obtained from the cashier of the prison at which the prisoner is or was confined. 28 U.S.C. § 1915(a)(2). Plaintiff has not submitted an application and affidavit to proceed without prepayment of fees and a certified copy of his trust fund account statement (or institutional equivalent) as required by the PLRA. Plaintiff has also failed to submit a copy of the complaint, summons form, and a United States Marshal form for

each of the defendants named in this lawsuit so that each defendant may be served in this case.

Plaintiff is **ORDERED** to submit an application and affidavit to proceed without prepayment of fees and a certified copy of his trust fund account statement (or institutional equivalent) or pay the full filing fee of $350 within **seven (7)** days of the date of this Order. 28 U.S.C. § 1915(a)(2). Plaintiff is further **ORDERED** to submit a copy of the complaint, summons form, and a United States Marshal form for each defendant within **seven (7)** days of the date of this Order.

The Clerk of Court is **DIRECTED** to submit to plaintiff an application and affidavit to proceed without prepayment of fees form, summons forms, and United States Marshal forms.

**IT IS HEREBY ORDERED** that the cashier of the Southern Ohio Correctional Facility release to plaintiff or submit to the Court a certified copy of plaintiff's trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of this Order.

Given the serious nature of plaintiff's allegations, the Court liberally construes the complaint as including a request for preliminary injunctive relief and **ORDERS** that defendants file a response to plaintiff's motion for issuance of a preliminary injunction within **seven (7)** days of the date of this Order.

**THE CLERK OF COURT IS DIRECTED** to serve, by certified mail, a copy of plaintiff's complaint on defendants and on the Office of the Ohio Attorney General, Criminal Justice Section. The Clerk is further **DIRECTED** to send a copy of this Order to the cashier of the Southern Ohio Correctional Facility where plaintiff is confined.

Upon receipt of the responses from the parties to this Order, the Court shall determine whether plaintiff may proceed *in forma pauperis* in this matter and, if so, whether plaintiff is

2

entitled to preliminary injunctive relief.

**IT IS SO ORDERED.**


Date:  3/26/2012                               s/Karen L. Litkovitz
                                              Karen L. Litkovitz
                                              United States Magistrate Judge