UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ABDUL ABDULRAMAN,
    Plaintiff

vs

DR. BURKE, et al.,
    Defendants.

Case No. 1:12-cv-209

Spiegel, J.
Litkovitz, M.J.

**ORDER**

On March 13, 2012, plaintiff filed a complaint alleging that defendants have been deliberately indifferent to his serious medical needs. (Doc. 1). On March 26, 2012, noting the seriousness of the allegations, the Court liberally construed plaintiff's complaint as including a request for preliminary injunctive relief and ordered defendants to file a response to plaintiff's motion for issuance of a preliminary injunction. (Doc. 2). The Court further indicated that it would withhold its determination as to whether plaintiff may proceed *in forma pauperis* in this matter and whether plaintiff is entitled to preliminary injunctive relief until the parties responded to the Order. *Id.*

On April 2, 2012, defendants filed a memorandum in opposition to plaintiff's complaint construed by the Court to include a request for preliminary injunctive relief. (Doc. 5).

In order to reach an expeditious decision on this matter, plaintiff is **ORDERED** to submit a response to defendants' memorandum within **five (5) days,** setting forth why the Court should grant injunctive relief in this matter.

The Clerk of Court is **DIRECTED** to submit to plaintiff a copy of defendants' memorandum (Doc. 5) along with this Order.

**IT IS SO ORDERED.**

Date: 4/3/2012

Karen L. Litkovitz
United States Magistrate Judge

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Abdul Abdulraman 647-814<br>SOCF<br>PO Box 45699<br>Lucasville, OH 45699 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0002 6723 4651 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540