UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ABDUL ABDULRAMAN, | : | NO. 1:12-CV-00209 |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| DR. BURKE, et al., | : | |
| Defendants. | : | |

This matter is before the Court on the Magistrate Judge's Reports and Recommendations (docs. 12, 19), to which there were no objections.

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Reports and Recommendations (doc. 12, 19) in all respects, DENIES Plaintiff's Motion for a Preliminary Injunction as such relief is not warranted, and DISMISSES Plaintiff's claims

against Defendants State of Ohio, Rules Infraction Board, Warden Donnie Morgan, and Larry Greene, on the ground that they fail to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

SO ORDERED.

DATED: June 13, 2012         s/S. Arthur Spiegel
                             S. Arthur Spiegel
                             United States Senior District Judge