UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ABDUL ABDULRAMAN, | : | NO. 1:12-CV-00209 |
| Plaintiff, | : |  |
| vs. | : | **ORDER** |
| DR. BURKE, et al., | : |  |
| Defendants. | : |  |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 45), to which there were no objections.

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 45) in all respects, DENIES Plaintiff's motions for default judgment (docs. 14, 32), DENIES as moot the State of Ohio's motion to strike

Plaintiff's motion for default judgment (doc. 21), GRANTS Defendants' motion for summary judgment and DISMISSES Plaintiff's claims without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e. Finally, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601 (6th Cir. 1997).

       SO ORDERED.

DATED: March 14, 2013       <u>s/S. Arthur Spiegel       </u>
                                    S. Arthur Spiegel
                                    United States Senior District Judge